```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 06524
   DANIEL T WILLIAMS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
       Debtor
   SSN XXX-XX-1388


---------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/06/06 and confirmed on 08/16/06.

   2.  The case was dismissed after confirmation, 04/25/2008.

   3.  The Debtor paid a total of $   4760.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 1109.24 | .00 | 1109.24 |
| JP MORGAN CHASE BANK | SECURED | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | MORTGAGE ARRE | 1577.66 | .00 | 375.52 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| SPRINGWOOD SOUTH HOMEOWN | SECURED | 1707.81 | .00 | 597.66 |
| ILLINOIS DEPT REVENUE | PRIORITY | 242.67 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2020.25 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 6527.24 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5219.86 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1607.64 | .00 | .00 |
| B REAL LLC | UNSECURED | 475.38 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1466.89 | .00 | .00 |
| HARRIS TRUST & SAVINGS B | UNSECURED | NOT FILED | .00 | .00 |
| STERLING INC | UNSECURED | 288.82 | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1106.78 | .00 | .00 |
| MONTEREY CHILD SUPPORT S | CHILD SUPPORT | 7892.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WORLD FINANCIAL NETWORK | UNSECURED | 2614.95 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1151.65 | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| KIMBERLY WILLIAMS | NOTICE ONLY | NOT FILED | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 785.35 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 1011.30 | .00 | .00 |

         Summary of disbursements:

```
                      SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    4394.71      10154.92     22255.86           .00      36805.49
PRINCIPAL PAID        2082.42           .00          .00           .00       2082.42
INTEREST PAID             .00           .00          .00           .00            .00
TOTAL PAID            2082.42           .00          .00           .00       2082.42
```

The Debtor's attorney, PATRICK A MESZAROS            , was allowed $   3000.00
and was paid $    500.00   direct and $   2500.00   through the plan.

The Trustee received $     177.58 .

Refunds to the Debtor totaled $         .00 .

　　　Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE